DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Lestep, Inc. v. Smith<br><br>Case Below:<br>167 N.C. App. 109 | No. 633P04 | Defs' PDR Under N.C.G.S. § 7A-31<br>(COA03-1316) | Denied<br>06/30/05 |
| Loftis v. Little<br>League Baseball,<br>Inc.<br><br>Case Below:<br>169 N.C. App. 219 | No. 181P05 | Plts' PDR Under N.C.G.S. § 7A-31<br>(COA04-532) | Denied<br>06/30/05 |
| MCC Outdoor, LCC<br>v. Town of<br>Franklinton Bd. of<br>Comm'rs<br><br>Case Below:<br>169 N.C. App. 809 | No. 268P05 | 1.  Respondent's PDR Under N.C.G.S.<br>§ 7A-31 (COA04-444)<br><br>2.  Petitioner's Conditional PDR Under<br>N.C.G.S. § 7A-31 | 1. Denied<br>06/30/05<br><br><br>2. Dismissed as<br>moot<br>06/30/05 |
| Miller v. Lillich<br><br>Case Below:<br>167 N.C. App. 643 | No. 063P05 | Defs' PDR Under N.C.G.S. § 7A-31<br>(COA04-185) | Denied<br>05/04/05 |
| Miyares v. Forsyth<br>Cty. Dep't of Pub.<br>Health<br><br>Case Below:<br>169 N.C. App. 255 | No. 176P05 | Plt's PDR Under N.C.G.S. § 7A-31<br>(COA04-249) | Denied<br>05/04/05 |
| Mooresville Hosp.<br>Mgmt. Assocs. v.<br>N.C. Dep't of Health<br>& Human Servs.<br><br>Case Below:<br>169 N.C. App. 641 | No. 404A03-2 | 1.  Respondents and Respondent-<br>Intervenors' NOA (Dissent) or, in the<br>Alternative, PDR (COA03-899)<br><br>2.  Respondents and Respondent-<br>Intervenors' PWC to Review Order of<br>COA.<br><br>3.  Petitioner's Alternative PDR under<br>N.C.G.S. § 7A-31<br><br>4. Petitioner's PDR as to Additional Issues | 1. ——<br><br><br>2. Allowed<br>06/30/05<br><br><br>3. Dismissed as<br>moot<br>06/30/05<br><br>4. Allowed<br>06/30/05 |
| N.C. Dep't of<br>Transp. v. Williams<br><br>Case Below:<br>168 N.C. App. 728 | No. 202P05 | Defs' (Williams and Riddle) PWC to<br>Review the Decision of the COA<br>(COA03-1446) | Denied<br>06/30/05 |